No. 596. MOUNTAIN STATES TELEPHONE & TELEGRAPH COMPANY ET AL. *v.* CITY AND COUNTY OF DENVER. Error to the Supreme Court of the State of Colorado. Motion to dismiss or affirm submitted January 26, 1920. Decided February 2, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Pawhuska* v. *Pawhuska Oil Co.,* 250 U. S. 394. See *Chicago* v. *Dempcy,* 250 U. S. 651. *Mr. Milton Smith* and *Mr. Charles R.*

*Brock* for plaintiffs in error. *Mr. J. A. Marsh* and *Mr. Norton Montgomery* for defendant in error.